THERESA LIND, an Infant, by ABRAHAM LEVY, Her Guardian ad Litem, Respondent, v. A. STIRLING CALDER, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ELSAMA HOLDING CORPORATION, Respondent, v. MILTON BARKIN REALTY COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HARRY FINKELSTEIN, Respondent, v. JOHN FULTON, JR., Defendant, Impleaded with WILLIAM SCOTT, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the said defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

BARROWS, HUGHES & SCHAUBLE, INC., Appellant, v. INDUSTRIAL ACCEPTANCES CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

DOROTHY RESNIKOFF, Respondent, v. MORRIS TOBIAS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

SELMOR ESTATES CORPORATION, Respondent, v. LAND MAP REALTY CORPORATION, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE GENERAL THEOLOGICAL SEMINARY, etc., v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

GEMMA PALMA v. DOMENICO PALMA.— Motion granted, without costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

LOUIS P. GIER, as Executor, etc., v. F. A. RICHMOND & Co., INC.— Motion granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CRENDENDINO.— Motion to dismiss appeal granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISADORE FRIEDLANDER.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SING LEE.— Motion to dismiss appeal granted. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

BENJAMIN SHEAR v. HERBERT G. MILES and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HENRY J. SCHNITZER STATE BANK v. LOUIS M. JOSEPHTHAL and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.